Gray et al. v. Mann.—Opinion of Court.

J. A. GRAY AND MIMS MONROE, PARTNERS DOING BUSINESS AS BLACKWATER LUMBER COMPANY, *Plaintiffs in Error*, v. J. W. C. MANN, *Defendant in Error*.

A judgment for costs only, though following a general verdict for the defendant, will not support a writ of error.

This case was decided by Division A.

Writ of error to the Circuit Court for Santa Rosa county.

The facts in the case are stated in the opinion of the court.

*Daniel Campbell & Son* for plaintiffs in error.

No appearance for defendant in error.

PER CURIAM.—Following a general verdict for the defendant, a judgment was entered for costs only. Such judgment will not support a writ of error. *Hall v. Patterson*, 45 Fla. 353, 33 South. Rep. 982; *Haynes v. Bramlett*, 46 Fla. 348, 35 South. Rep. 3; *Birmingham Trust & Savings Co. v. Jackson County Mill Company*, 46 Fla. 236, 35 South. Rep. 877; *Cobb v. County of Santa Rosa*, 47 Fla. 135, 36 South. Rep. ——. Writ dismissed.

TAYLOR, C. J., and HOCKER and COCKRELL, JJ., concur.

CARTER, P. J., and SHACKLEFORD and WHITFIELD, JJ., concur in the opinion.